OSCAR O. CONKLIN, Plaintiff, v. BROOKLYN UNION GAS COMPANY, Appellant, HIGHWAY IMPROVEMENT AND REPAIR COMPANY, INC., Respondent, and BRUGEL CONTRACTING COMPANY, INC., Defendant.— Order denying appellant's motion to strike out certain paragraphs from the cross-complaint of the respondent Highway Improvement and Repair Company, Inc., contained in its amended answer, and to dismiss said cross-complaint as insufficient in law, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

JOAN CUTINELLA, an Infant, by VICTOR CUTINELLA, Her Guardian ad Litem, and VICTOR CUTINELLA, Respondents, v. BETH-EL HOSPITAL, INC., Appellant.— Defendant appeals from an order granting plaintiffs' motion for the examination before trial of certain employees of defendant. Order affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

ROBERT DRAKE, Respondent, v. THOMAS F. HORAN, Clerk of the Court of Special Sessions of the City of New York, County of Queens, Appellant.*— In view of the decision of this court on Motion No. 72 (*Commissioner of Public Welfare of City of New York [Kaplan] v. Drake*),* made on January 22, 1940, granting the motion of the petitioner herein for leave to appeal as a poor person, he is entitled to perfect and prosecute the appeal without making the statutory deposit of $100. (See Civ. Prac. Act, § 558.) This appeal, therefore, is dismissed, without costs. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

ALICE ELLISON, Respondent, v. HERBERT T. S. ELLISON, Appellant.— From a judgment granting a decree of separation to the plaintiff against the defendant upon the ground that his conduct constituted cruel and inhuman treatment, the defendant appeals. Judgment, as modified by the order reducing the alimony, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.